874

No. 131. DANDRIDGE, CHAIRMAN, MARYLAND BOARD OF PUBLIC WELFARE, ET AL. *v.* WILLIAMS ET AL. Appeal from D. C. Md. [Probable jurisdiction noted, *ante,* p. 811]; and

No. 540. ROSADO ET AL. *v.* WYMAN, COMMISSIONER OF SOCIAL SERVICES OF NEW YORK, ET AL. C. A. 2d Cir. [Certiorari granted, *ante,* p. 815.] Orders setting these cases to be argued together are hereby rescinded.

No. 135. WALZ *v.* TAX COMMISSION OF THE CITY OF NEW YORK. Appeal from Ct. App. N. Y. [Probable jurisdiction noted, 395 U. S. 957.] Motion of Madalyn Murray O'Hair et al. for leave to file a brief as *amici curiae* granted. *Lola Boswell* on the motion.

No. 92, Misc. DAVIDSON *v.* CALIFORNIA ADULT AUTHORITY ET AL. Motion for leave to file petition for writ of habeas corpus denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Frederick R. Millar, Jr.,* Deputy Attorney General, in opposition.

No. 402. UNITED STATES *v.* KEY, TRUSTEE IN BANKRUPTCY. C. A. 7th Cir. Certiorari granted. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Crombie J. D. Garrett* for the United States. *Sigmund J. Beck* for respondent. 

No. 413. GREENBELT COOPERATIVE PUBLISHING ASSN., INC., ET AL. *v.* BRESLER. Ct. App. Md. Certiorari granted. *Roger A. Clark* for petitioners. *Abraham Chasanow* for respondent. 
